Case 2:18-mj-02868-DUTY   Document 3   Filed 11/02/18   Page 1 of 1   Page ID #:81
Case 2:18-mj-02868-DUTY *SEALED*   Document 1-1 *SEALED*   Filed 10/30/18   Page 2 of 13
Page ID #:29

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>2:18-MJ-02868 | Date and time warrant executed:<br>11-1-18  AT  2:30PM | Copy of warrant and inventory left with:<br>SoCAL  SELF  STORAGE |
| Inventory made in the presence of :<br>UNITED  STATES  POSTAL  INSPECTOR  KEVIN  HORNE | | |
| Inventory of the property taken and name of any person(s) seized:<br>ONE  SAMSUNG  GALAY  S6  EDGE+ | | |

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11-2-18

_____
Executing officer's signature

KYLE  REYES  U.S. POSTAL  INSPECTOR
Printed name and title